1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   JAMES KI, WSBN 42978
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (212) 264-2435
   james.ki@ssa.gov
8
9
   Attorneys for Defendant
10
11
12                    **UNITED STATES DISTRICT COURT**
13                    **EASTERN DISTRICT OF CALIFORNIA**
14  KYLE TERRY,                          )    CIVIL NO. 1:23-cv-01188-SKO
                                         )
15         Plaintiff,                    )
                                         )    **STIPULATION AND UNOPPOSED**
16         v.                            )    **MOTION TO VOLUNTARY REMAND**
                                         )    **PURSUANT TO SENTENCE FOUR OF**
17  MARTIN O'MALLEY,                     )    **42 U.S.C. § 405(g) AND TO ENTRY OF**
    Commissioner of Social Security,[1]  )    **JUDGMENT; ORDER**
18         Defendant.                    )
                                         )    **(Doc. 17)**
19                                       )
                                         )
20
21         IT IS STIPULATED by and between Plaintiff and Martin O'Malley, Commissioner of
22  Social Security (Defendant), through their undersigned counsel of record, that the above-entitled
23  action shall be remanded to the Commissioner of Social Security for further administrative
24  proceedings.
25
26  _____
    [1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.
27  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be
    substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to
28  continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
    U.S.C. § 405(g).

                          STIPULATION TO REMAND

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  February 7, 2024              _/s/  Jonathan O. Pena*_____
                                      JONATHAN O. PENA
                                      Attorney for Plaintiff
                                      *Authorized via e-mail on February 7, 2024

                                      PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration

                                By:   /s/ James Ki_____
                                      JAMES KI
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 17), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

STIPULATION TO REMAND

1    The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against

2  Defendant, vacating and reversing the final decision of the Commissioner and thereafter close

3  this case.

4

5  IT IS SO ORDERED.

6  Dated:   **February 8, 2024**                        /s/ *Sheila K. Oberto*

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28